UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Xubin Chen, | Case No. 26-cv-01348-EKL |
|---|---|
| Plaintiff, | |
| v. | **SCHEDULING ORDER FOR IMMIGRATION MANDAMUS CASE** |
| United States Department of State, et al., | |
| Defendants. | |

This action seeks a writ of mandamus regarding immigration benefits filed pursuant to the mandamus statute, 28 U.S.C. § 1361, and/or the Administrative Procedure Act, 5 U.S.C. §§ 701 *et seq*, and is assigned to the Honorable Eumi K. Lee.

**Important briefing deadlines.** Unless the court orders otherwise, counsel must comply with the briefing schedule described below. Please note:

- Any party may request that the court set a case management conference, pursuant to Civil L.R. 16-10, per the schedule in Civil L.R. 16-2. Federal Rule of Civil Procedure 26 and Civil L.R. 16-9 and 16-10 shall apply.

- Motions shall be noticed in accordance with Civil L.R. 7-2.

- A party may request that the court decide the matter on the briefs and without oral argument pursuant to Civil L.R. 7-1(b).

| Case Management Event | Deadline |
|---|---|
| Last day for Defendant to file answer | 60 days after service of complaint |
| Last day for Defendant to file motion for summary judgment (required unless Petitioner has already filed such a motion) | 120 days of service of the complaint |
| Last day for Petitioner to file and serve opposition and/or counter-motion | 30 days after service of Defendant's motion |
| Last day for Defendant to serve and file a reply and/or opposition | 14 days of service of Plaintiff's opposition or counter-motion |
| Last day for Plaintiff to serve and file a reply (if Plaintiff filed a counter-motion) | 14 days of service of Defendant's opposition. |